# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| TIMOTHY RIESEN,<br><br>      Plaintiff,<br><br> v.<br><br>PREMISE DATA CORPORATION, a Delaware corporation and IKAIKA, INC., a Delaware corporation,<br><br>      Defendants,<br> and<br><br>MADISON SPRINGFIELD, INC., a Texas corporation,<br><br>      Nominal Defendant. | Civil Action No. 1:25-cv-00355-UNA |

## ORDER PERMITTING FILING OF PLAINTIFF'S COMPLAINT AND EXHIBITS 1-7 THERETO UNDER SEAL

The Court, having considered Plaintiff Timothy Riesen's ("Plaintiff") Motion for Leave to File the Complaint and Exhibits 1-7 Thereto Under Seal ("Motion"), and for good cause shown, it is HEREBY ORDERED that:

1. Plaintiff's Motion is GRANTED;

2. Plaintiff's Complaint and Exhibit 1-7 may be filed under seal; and

3. Plaintiff shall file public versions of its Complaint and Exhibits within seven (7) days from the date they were filed.

IT IS SO ORDERED this  21st  day of March, 2025.

                /s/ Richard G. Andrews
                United States District Court Judge