IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| TIMOTHY RIESEN,<br><br>       Plaintiff,<br><br>v.<br><br>PREMISE DATA CORPORATION,<br>a Delaware corporation and IKAIKA,<br>INC.,<br>a Delaware corporation,<br><br>       Defendants,<br> and<br><br>MADISON SPRINGFIELD, INC., a<br>Texas corporation,<br><br>       Nominal<br>Defendant. | C.A. No. 25-355-CFC |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION
TO EXTEND TIME TO FILE PUBLIC REDACTED VERSIONS**

The Court having considered Plaintiff Timothy Riesen's Unopposed Motion to Extend Time to File Public Redacted Versions ("Motion"), and for good cause shown, it is HEREBY ORDERED that:

1. The Motion is GRANTED; and

2. The deadline to file public redacted versions of the Complaint and Exhibits 1–7 thereto is hereby extended to April 4, 2025.

IT IS SO ORDERED this 31st day of March, 2025.

_____
The Honorable Colm F. Connolly