IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| TIMOTHY RIESEN,<br><br>    Plaintiff,<br><br>v.<br><br>PREMISE DATA CORPORATION, a Delaware corporation and IKAIKA, INC., a Delaware corporation,<br><br>    Defendants,<br> and<br><br>MADISON SPRINGFIELD, INC., a Texas corporation,<br><br>    Nominal Defendant. | C.A. No. 25-355-CFC |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Timothy Riesen ("Plaintiff") hereby gives notice that this action is voluntarily dismissed without prejudice. Neither Defendant Premise Data Corporation nor Defendant IKAIKA, Inc. has served an answer or a motion for summary judgment in this action. Accordingly, Plaintiff notices voluntary dismissal of this action, without prejudice. *See* Fed. R. Civ. P. 41(a)(1)(B).

| | |
|---|---|
| Dated: March 31, 2025 | **FOX ROTHSCHILD LLP** |
| | */s/ E. Chaney Hall* |
| | E. Chaney Hall (No. 5491) |
| | Griffin A. Schoenbaum (No. 6915) |
| | 1201 N. Market Street, 12th Floor |
| | Wilmington, DE 19801 |
| | Tel: (302) 654-7444 |
| | Fax: (302) 656-8920 |
| | chall@foxrothschild.com |
| | gschoenbaum@foxrothschild.com |
| | *Attorneys for Plaintiff* |